AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| NAI HE LI,<br><br>*Plaintiff(s)*<br>v.<br>MOON MODE DESIGN FASHION, INC., JOHN DOE, JANE DOE 1, and JANE DOE 2<br><br>*Defendant(s)* | Civil Action No. 22 Civ. 793 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Margaret McIntyre, Attorney at Law
195 Montague Street, 14th Floor
Brooklyn, New York 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 02/15/2022



/s/ Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

Civil Action No. 22 Civ. 793

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Case 1:22-cv-00793-AKRFSSBB DDoocumreentt1.9 Filed 02/28/22 Page 2 of 5 PageID #: 35

| Print | Save As... | Reset |

**Names and Addresses of All Defendants**

MOON MODE DESIGN FASHION, INC.
33-01 Queens Boulevard
Long Island City, NY 11101

JOHN DOE
c/o Moon Mode Design Fashion, Inc.
33-01 Queens Boulevard
Long Island City, NY 11101

JANE DOE 1
c/o Moon Mode Design Fashion, Inc.
33-01 Queens Boulevard
Long Island City, NY 11101

JANE DOE 2
c/o Moon Mode Design Fashion, Inc.
33-01 Queens Boulevard
Long Island City, NY 11101

Margaret McIntyre, Esq.
195 Montague Street, 14th Floor
Brooklyn, New York 11201
(212) 227-9987

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NAI HE LI,

                        Plaintiff,

    -against-

MOON MODE DESIGN FASHION, INC.,
JOHN DOE, JANE DOE 1, and JANE DOE 2,

                        Defendants.

-------------------------------------------------------------------------------------------X

Case/Index No.:
1:22-cv-00793-ARR-SJB
CORPORATION SERVED:
MOON MODE DESIGN FASHION, INC.

The Under Signed, a New York licensed process server (New York license number 2094954) declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:
I am over the age of eighteen years and am not a party to this action,

That on the __16th__ day of __February__ 20__22__ @ __3:26 pm__
at: __3301 Queens Blvd., 4th Fl., Long Island City, NY 11101__

Deponent Served within Federal Summons and Complaint on __MOON MODE DESIGN FASHION, INC.__
by delivering and leaving a true copy with __Zhing Siu__, a person of suitable age and discretion who is employed by MOON MODE DESIGN FASHION, INC.

Description: (deponent describes the individual served as following)

| Sex: F | Skin: Asian | Color of Hair: Bk |
|---|---|---|
| Approx. Age: 40's | Approx. Weight: 150 | Approx. Height: 5'4 |

Additional Information Regarding this service:
At the time of service Zhing Siu stated is not the manager however appeared to be in charge.
Prior to speaking to Ms. Zhing Siu deponent asked employees for a manager and was directed to Ms. Siu.

I declare under a penalty of perjury that all of the above information
is true and correct
Executed on: 2/23/2022

Process Server: Avner Ranimov
551 W. 181st Street, #224
New York, NY 10033
Lic. No.(NY): 2094954

_____
Signature of Server

Margaret McIntyre, Esq.
195 Montague Street, 14th Floor
Brooklyn, New York 11201
(212) 227-9987

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NAI HE LI,

                                     Plaintiff,

                      -against-

MOON MODE DESIGN FASHION, INC.,
JOHN DOE, JANE DOE 1, and JANE DOE 2,

                              Defendants.

-------------------------------------------------------------------X

Case/Index No.:
1:22-cv-00793-ARR-SJB
DEFENDANT SERVED:
JANE DOE 2

The Under Signed, a New York licensed process server (New York license number 2094954) declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:
I am over the age of eighteen years and am not a party to this action.

That on the __16th__ day of __February__ 20__22__ @ __3:26pm__
at: __3301 Queens Blvd., 4th Fl., Long Island City, NY 11101__

Deponent Served within __Federal Summons & Complaint__ on __JANE DOE 2__
by delivering and leaving a true copy with __Zhing Siu__, a person of suitable age and discretion who is employed at the above premises by MOON MODE DESIGN FASHION, INC.

Description:(deponent describes the individual served as following)

| Sex: F | Skin: Asian | Color of Hair: Bk |
|---|---|---|
| Approx. Age: 40's | Approx. Weight: 150 | Approx. Height: 5'4 |

Mailing: __2/17/2022__ By Regular First Class Mail
Deponent enclosed one copy of same in a postpaid envelope properly addressed to the defendant and deposited said envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.
The envelopes bore the legend "Personal and Confidential" addressed to: __JANE DOE 2__.
C/O MOON MODE DESIGN FASHION, INC., 3301 Queens Blvd., 4th Fl., Long Island City, NY 11101.
The above envelopes did not indicate on the outside thereof by return address or otherwise that the communication is from an attorney or concerned any legal action against the defendant.

I declare under a penalty of perjury that all of the above information
is true and correct
Executed on: 2/23/2022

Process Server: Avner Rahimov
551 W. 181st Street, #224
New York, NY 10033
Lic. No.(NY): 2094954

_____
Signature of Server