Margaret McIntyre, Esq.
195 Montague Street, 14th Floor
Brooklyn, New York 11201
(212) 227-9987

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NAI HE LI,

         Plaintiff,

  -against-

MOON MODE DESIGN FASHION, INC.,
JOHN DOE, JANE DOE 1, and JANE DOE 2,
        Defendants.
----------------------------------------------------------------X

Case/Index No.:
1:22-cv-00793-ARR-SJB
DEFENDANT SERVED:
JANE DOE 1

The Under Signed, a New York licensed process server (New York license number 2094954) declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:
I am over the age of eighteen years and am not a party to this action.

That on the 16th day of February 20 22 @ 3:26pm
at: 3301 Queens Blvd., 4th Fl., Long Island City, NY 11101

Deponent Served within Federal Summons & Complaint on JANE DOE 1
by delivering and leaving a true copy with Zhing Siu, a person of suitable age and discretion who is employed at the above premises by MOON MODE DESIGN FASHION, INC.

Description: (deponent describes the individual served as following)

| | | |
|---|---|---|
| Sex: F | Skin: Asian | Color of Hair: Bk |
| Approx. Age: 40's | Approx. Weight: 150 | Approx. Height: 5'4 |

Mailing: 2/17/2022 . By Regular First Class Mail
Deponent enclosed one copy of same in a postpaid envelope properly addressed to the defendant and deposited said envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.
The envelopes bore the legend "Personal and Confidential" addressed to: JANE DOE 1 .
C/O MOON MODE DESIGN FASHION, INC., 3301 Queens Blvd., 4th Fl., Long Island City, NY 11101 .
The above envelopes did not indicate on the outside thereof by return address or otherwise that the communication is from an attorney or concerned any legal action against the defendant.

I declare under a penalty of perjury that all of the above information
is true and correct
Executed on: 2/23/2022

Process Server: Avner Rahimov
551 W. 181st Street, #224
New York, NY 10033
Lic. No.(NY): 2094954

_____
Signature of Server