AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| NAI HE LI,<br><br>*Plaintiff(s)*<br>v.<br>MOON MODE DESIGN FASHION, INC., JOHN DOE, JANE DOE 1, and JANE DOE 2<br><br>*Defendant(s)* | Civil Action No. 22 Civ. 793 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Margaret McIntyre, Attorney at Law
195 Montague Street, 14th Floor
Brooklyn, New York 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 02/15/2022

/s/ *Priscilla Bowens*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 22 Civ. 793

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                                _____
                                                   *Server's signature*

                                                   _____
                                                   *Printed name and title*

                                                   _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

Print     Save As...                                          Reset

**Names and Addresses of All Defendants**

MOON MODE DESIGN FASHION, INC.
33-01 Queens Boulevard
Long Island City, NY 11101

JOHN DOE
c/o Moon Mode Design Fashion, Inc.
33-01 Queens Boulevard
Long Island City, NY 11101

JANE DOE 1
c/o Moon Mode Design Fashion, Inc.
33-01 Queens Boulevard
Long Island City, NY 11101

JANE DOE 2
c/o Moon Mode Design Fashion, Inc.
33-01 Queens Boulevard
Long Island City, NY 11101

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 22 CIV. 793             Date Filed: 2/15/2022

Plaintiff:
**Nai He Li**

vs.

Defendant:
**Moon Mode Design Fashion, Inc., et al.**

**State of New York, County of Albany)ss.:**

Received these papers to be served on **Moon Mode Design Fashion, Inc.**.

I, Patricia Burke, being duly sworn, depose and say that on the **22nd day of February, 2022** at **3:15 pm**, I:

served **Moon Mode Design Fashion, Inc.** by delivering two true copies of the **Summons in a Civil Action and Complaint-Jury Trial Demanded pursuant to Section 306 BCL together with statutory service fee in the amount of $40.00** to **Sue Zouky** as **Business Document Specialist 2** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named company, in compliance with state statutes.

**Description** of Person Served: Age: 66, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Gray, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

_____
**Patricia Burke**
Process Server

Subscribed and Sworn to before me on the 23rd day of February, 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

JOANNE SPORTMAN
Notary Public, State of New York
Qualified in Albany County
No. 01SP4527104
Commission Expires 1/31/2023

Our Job Serial Number: SRN-2022000831

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2e