UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NAI HE LI,

                    Plaintiff

-against-

MOON MODE DESIGN FASHION, INC. ET AL,

                    Defendants.
-----------------------------------------------------------------X

Case 1:22-cv-00793-HG-SJB

**STIPULATION TO
FILE LATE ANSWER**

IT IS HEREBY STIPULATED AND AGREED, between the Parties herein captioned, through undersigned counsel, the time for Defendant MOON MODE DESIGN FASHION, INC., and CHIU PIN LOW to answer the complaint or otherwise move in response to Plaintiff, NAI HE LI's Verified Complaint shall be extended until September 12, 2022.

IT IS HEREBY FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, each of which shall be deemed an original, and all of which shall constitute the same instrument.

Dated: Great Neck, New York
        July 13, 2022

_Kevin S. Johnson_
By:   Kevin S. Johnson, Esq.
HAMRA LAW GROUP, P.C.
*Attorneys for Defendants*
1 Linden Place, Suite 207
Great Neck, NY 11021
(646) 590 – 0571
Kevinsjohnson1@outlook.com

_Margaret McIntyre_
By:   Margaret McIntyre
Attorney at Law
*Attorneys for Plaintiff*
195 Montague Street, 14th Floor
Brooklyn, New York 11201
(212) 227-9987
mem596@icloud.com