

# HAMRA LAW GROUP

1 LINDEN PL, GREAT NECK, NY 11021
TEL: 646-590-0571, FAX: 646-619-4012
WEB: WWW.HAMRALAWGROUP.COM

September 21, 2022

**VIA ECF**:
Hon. Magistrate Judge Sanket J. Bulsara
US District Court – EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

                        Re:    *Nai He Li v. Moon Mode Design Fashion, Inc., et al*
                                   1:22-cv-00793-HG-SJB

To Your Honor:

      This office represents Defendants in the above captioned action. Counsel writes to request a brief extension to file Defendants Answer *nunc pro tunc* to tomorrow September 22, 2022. Counsel pleads law office failure regarding calendaring by previous staff at counsel's office.

      The answer was previously due on September 12, 2022 (Dkt. No. 24) per so-ordered stipulation. No prejudice can be had against Plaintiff for a ten day delay in being served the Answer in this action.

      Counsel thanks the Court for its time and attention to this matter.

Best regards,

*Kevin S. Johnson*

Kevin S. Johnson, Esq.

VIA ECF:
Brian Eugene Nettle, Esq.; geno@nettle-law.com
Margaret Ellen McIntyer, Esq.; mem596@icloud.com